**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRY, ) | Case No. SACV 14-01364-JLS(ANx) |
|             Plaintiff/s, ) | |
| ) | **ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL** |
|   v. ) | |
| SYNCHRONY BANK, ) | |
|             Defendant/s. ) | |
| _____ ) | |

On December 18, 2014, Plaintiff filed a Notice of Settlement (doc. 14), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

The parties shall file a Stipulation of Dismissal no later than February 18, 2015. If no dismissal is filed, the Court deems the matter dismissed at that time.

///

///

///

The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

DATED: December 22, 2014

                                            **JOSEPHINE L. STATON**
                                            JOSEPHINE L. STATON
                                            United States District Judge